# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

VICTORIA DIANE GARRETT,
ADC #708139                                                              PLAINTIFF

V.                              1:13CV00110 JLH/JTR

GUY, Deputy Warden,
McPherson Unit, ADC, et al.                                              DEFENDANTS

## ORDER

On May 23, 2014, Defendants filed a Motion for Summary Judgment and Brief in Support, along with supporting documents and affidavits. *Docs. 19 and 20*. However, they have failed to file a Statement of Undisputed Material Facts in compliance with Local Rule 56.1.[1]

If Defendants wish to proceed with their Motion, they must file a Statement of Undisputed Material Facts **within seven days of the entry of this Order**. If Defendants file a Statement in compliance with Local Rule 56.1, the Court will then enter a separate Order establishing the time within which Plaintiff must respond to Defendants' summary judgment papers.

---

[1] Local Rule 56.1(a) provides that: "Any party moving for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, *shall* annex to the notice of motion a separate, short and concise statement of the material facts as to which it contends there is no genuine issue to be tried." (Emphasis added).

IT IS SO ORDERED this 4<u>th</u> day of June, 2014.

                                                                         _____
                                                                         UNITED STATES MAGISTRATE JUDGE