**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| VICTORIA DIANE GARRETT, ADC #708139 | PLAINTIFF |
| v.   NO. 1:13CV00110 JLH/JTR | |
| RICHARD GUY, Deputy Warden, McPherson Unit, ADC, *et al.* | DEFENDANTS |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of defendants, and this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 16th day of September, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE